**United States Bankruptcy Court**
**For the Southern District of Georgia**

In the matter of: ]
**DELORIS M. JUDD** ]
] Case No.:
Debtor(s) ]

## CHAPTER 13 PLAN AND MOTION

1. The Debtor shall pay to the Trustee $ __250.00__ .

Check one:    ☐ Weekly    ☐ Bi-Weekly    ☐ Semi-Monthly    ■ Monthly    for __36__ months.

Debtor agrees to increase the plan payments in an amount sufficient to fund claims of governmental entities in accordance with their classification, upon their allowance, and subject to reasonable notice of necessity for such increase.

2. From the payments so received, the Trustee shall make the following disbursements:

   (a)   Priority payments required by 11 U.S.C. §507.

   (b)   Secured creditors shall retain liens securing their claims. Creditors who file claims and whose claims are allowed as secured shall be paid in full with interest except as otherwise set forth in this plan.

   (c)   Debtor moves that the following creditors be treated as undersecured creditors and their claims shall be treated as secured only to the extent of the value of their interest in collateral asset forth below. The balance of each undersecured creditor's claim shall be treated as an unsecured claim and paid under paragraph 2(d) of this plan.

   | Creditor | Collateral | Amount of Secured Claim |
   |---|---|---|
   | NOTHING VALUED | | |

After paying secured claims, the Trustee shall pay allowed unsecured claims including the unsecured portion of any partially secured debt, as follows:

   Check one:    ☐ 100%; or    ■v Pro-rata, from remaining funds in an amount to be estimate at confirmation.

3. The following leases or executory contacts of the Debtor are rejected/accepted:

   | Creditor | Accepted | Rejected |
   |---|---|---|
   | NONE | | |

4. The Debtor will make regular post-petition payments as they become due, directly to the following secured creditors or lessors:

   | Creditor | Collateral |
   |---|---|
   | WACHOVIA | 2086 HWY 280 WEST |

   Any pre-petition arrearage due the creditors described in paragraph 4 shall be cured through payments by the Chapter 13 Trustee.

5. Debtor moves to avoid, pursuant to 11 U.S.C. §522(f), the liens of the following creditors upon discharge, with respect to the described property:

   | Creditor | Property |
   |---|---|
   | NONE | |

6. The following collateral will be surrendered to satisfy the creditor's secured claim to the extent shown:

   | Creditor | Collateral | Amount of Claim satisfied |
   |---|---|---|
   | NONE | | |

7. Debtor requests permission to pay filing fees in installments if not paid at filing. No monies have or will be paid to Debtor's counsel prior to payment of said filing fees.

8. Other provisions:    NONE

_/s/ Deloris M. Judd_  10/7/05                                   _____
Debtor's Signature         Date                                 Joint Debtor's Signature         Date