IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
DELORIS M JUDD ) Chapter 13
2086 HWY 280 W ) Case No.   05-42768-JDW
PEMBROKE, GA 31321 )
)
)
Debtor ) SSN:   xxx-xx-7015
)

## ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM INCOME AND REMITTANCE OF DEDUCTIONS TO TRUSTEE

TO:   CHATHAM COUNTY BD OF EDUCATION
ATTN: PAYROLL DEPT
208 BULL STREET, ROOM 111
SAVANNAH, GA 31401

The above-named debtor has a Chapter 13 Case pending in this Court.  The debtor's earnings are subject to the jurisdiction of the Court and the debtor's employer is subject to such orders as may be required to effectuate the provisions of the debtor's proposed Chapter 13 plan.

IT IS THEREFORE ORDERED THAT:

1. Until further notice of the Court, you are required and directed to pay to:

   Chapter 13 Trustee Office, Savannah
   Post Office Box 116561
   Atlanta, Georgia 30368-6561

   | the sum of | | | |
   |---|---|---|---|
   | | $57.69 | WEEKLY, | or |
   | | $115.38 | BI-WEEKLY, | or |
   | | $125.00 | SEMI-MONTHLY, | or |
   | | $250.00 | MONTHLY | |

   The deductions should be made regularly on a pro rata basis from the debtor's periodic pay but may be  remitted to the Trustee in one monthly payment by the 25th of each month.

2. THE DEBTOR'S NAME AND CASE NUMBER SHALL ACCOMPANY ALL PAYMENTS.

3. If a summons of garnishment concerning this debtor has been served on you, this Chapter 13 case automatically enjoins and stays the continuation of the garnishment proceeding and any act to proceed further with that garnishment proceeding.  You are enjoined and stayed from making any  further deductions from debtor's income on account of said garnishment and are ordered to remit immediately to the Trustee any sums already deducted and not yet paid over to the garnishing court.

4. You may not deduct any sum from the debtor's earnings for any expenses for administering this Order unless approved by the Court upon application.

5. If the employer objects to this Order, the employer must file a written objection with the United States Bankruptcy Court, P.O. Box 8347, Savannah, Georgia 31412.

6. You shall immediately cease paying deductions of every kind except those deductions required for state and federal income taxes, health insurance, social security, retirement or pension plan contributions, union dues and current child support.

7. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN FINES OR OTHER SANCTIONS AGAINST YOU.

Dated:  November 17, 2005

COLE, FLEMING & KREMBS PC
33 BULL ST
SUITE 412
SAVANNAH, GA 31401

JAMES D. WALKER, JR.
United States Bankruptcy Judge